IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-40228
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUSSELL LYNELL EVANS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 1-97-CR-92-1
_____

October 6, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Russell Lynell Evans has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief and the record discloses no
nonfrivolous issue. Accordingly, counsel is excused from further
responsibilities herein and the APPEAL IS DISMISSED. 5TH CIR. R.
42.2.

D I S M I S S E D.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.